# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1150**
**CA 14-02065**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, WHALEN, AND DEJOSEPH, JJ.

---

JAMES J. SMISLOFF, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

DAVID P. STOTT, JR., 1390 PITTSFORD-MENDON
ROAD, LLC, AND NORTHCOAST WINDOW CLEANING LIMITED
LIABILITY COMPANY, DEFENDANTS-APPELLANTS.
------------------------------------------------
DAVID P. STOTT, JR., AND 1390 PITTSFORD-MENDON
ROAD, LLC, THIRD-PARTY PLAINTIFFS-APPELLANTS,

V

GREGG SMISLOFF, THIRD-PARTY DEFENDANT-RESPONDENT.
(APPEAL NO. 1.)

---

ELLIOTT STERN CALABRESE, LLP, ROCHESTER (DAVID S. STERN OF COUNSEL),
FOR DEFENDANTS-APPELLANTS AND THIRD-PARTY PLAINTIFFS-APPELLANTS.

LECLAIR KORONA GIORDANO COLE LLP, ROCHESTER (JEREMY M. SHER OF
COUNSEL), FOR PLAINTIFF-RESPONDENT AND THIRD-PARTY DEFENDANT-
RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Kenneth
R. Fisher, J.), entered August 14, 2014. The order, inter alia,
dismissed defendants' counterclaims and dismissed the third-party
complaint.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988;
*Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see
also* CPLR 5501 [a] [1]).

Entered:  November 20, 2015                     Frances E. Cafarell
                                                Clerk of the Court